# United States District Court

WESTERN DISTRICT OF WASHINGTON

JODIE A. KINGSBURY

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5366FDB/JRC

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the above entitled action by and the same hereby is dismissed without prejudice.

| December 11, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                            *s/CM Gonzalez*
                                                            Deputy Clerk